# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISHNA OKHANDIAR,<br><br>　　　Plaintiff<br><br>v.<br><br>REMILIA CORPORATION LLC, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-01409-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiffs as required by the amendment to that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by September 22, 2023.

DATED this 13th day of September, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE