**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISHNA OKHANDIAR, et al., | Case No.: 2:23-cv-01409-APG-EJY |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| JOHN DUFF III, et al., | |
| Defendants | |

I ORDER that the defendants' certificate of interested parties (ECF No. 14) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule.

I FURTHER ORDER the defendants to file a proper certificate of interested parties by January 26, 2024.

DATED this 19th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE