# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISHNA OKHANDIAR and REMILIA CORPORATION LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HENRY SMITH, MAXWELL ROUX, and JOHN DUFF, III,<br><br>    Defendants. | C.A. No. 1:24-cv-00193-GBW |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Krishna Okhandiar and Remilia Corporation, LLC ("Plaintiffs"), by and through their undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notify the Court and the defendants that this matter is dismissed WITHOUT PREJUDICE. Plaintiffs are dismissing this action solely to promote efficiency, and will reassert the claims they stated in this action as counterclaims in the matter of *Roux et al. v. Okhandiar et al.*, Case No. 23-1056-GBW, pending in this District between these parties.

Dated: February 26, 2024

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

*Counsel for Plaintiffs*